UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANITA RICHARDSON,

    Plaintiff,

v.                                                    Case No.: 8:09-cv-1283-T-33TBM

EATON CORPORATION HEALTH
and WELFARE ADMINISTRATIVE
COMMITTEE as Plan Administrator of the
EATON CORPORATION LONG TERM
DISABILITY PLAN and SEDGWICK
CLAIMS MANAGEMENT SERVICES, INC.,

    Defendants.
_____/

## ORDER

The Joint Stipulation for Dismissal of Defendant, Sedgwick Claims Management Services, Inc. without Prejudice (Doc. 15) is before the Court for consideration. The parties stipulate to the voluntary dismissal of Defendant, Sedgwick Claims Management Services, Inc. and ask the Court to dismiss it without prejudice.

Accordingly, it is

**ORDERED**, **ADJUDGED** and **DECREED** that:

Defendant, Sedgwick Claims Management Services, Inc. is **DISMISSED** from this case without prejudice.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>21st</u> day of October 2009.

                                               VIRGINIA M. HERNANDEZ COVINGTON
                                               UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record